ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for plaintiffs Bank of America, N.A.
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CHATEAU VERSAILLES CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02879-APG-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A. and Federal National Mortgage Association provide notice that Tenesa S. Powell, Esq. is no longer associated with the law firm of Akerman LLP.

///

///

///

///

///

///

52817514;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. and Federal National Mortgage Association in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Holly E. Walker, Esq.

DATED April 22, 2020.

**AKERMAN LLP**

/s/ Holly E. Walker, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiffs Bank of America, N.A. and Federal National Mortgage Association*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: April 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

52817514;1