ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for plaintiffs Bank of America, N.A.
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CHATEAU VERSAILLES CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02879-APG-NJK<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING VALIDITY OF DEED OF TRUST** |

Plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendant Chateau Versailles Condominium Unit-Owners' Association, Inc., through their counsel of record, stipulate as follows:

1. This matter relates to real property located at 10550 West Alexander Road #2177, Las Vegas, Nevada 89129 (APN: 137-01-414-282) (the **Property**). The Property is more specifically described as:

PARCEL ONE (1) UNIT:

LIVING UNIT 2177, IN BUILDING 25, AS SHOWN ON THE FINAL MAP OF CHATEAU VERSAILLES CONDOMINIUMS, A CONDOMINIUM SUBDIVISION AND COMMON INTEREST COMMUNITY, ON FILE IN BOOK 123 OF PLATS, PAGE 34, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "PLAT").

49942865;1

PARCEL TWO (2) – COMMON ELEMENTS:

1/371 INTEREST AS A TENANT-IN-COMMON IN THE COMMON ELEMENTS SHOWN ON THE PLAT, IN ACCORDANCE WITH AND SUBJECT TO THE TERMS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR CHATEAU VERSAILLES CONDOMINIUMS RECORDED MARCH 25, 2005 IN BOOK 20050325 AS DOCUMENT NO. 0003861 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA (HEREINAFTER THE "DECLARATION").

EXCEPTING THEREFROM, ALL UNITS SHOWN ON THE PLAT.

RESERVING THEREFROM, THE RIGHT TO USE ANY OF THOSE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN THE PLAT AND/OR THE DECLARATION.

FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF THE OWNERS OF ALL UNITS SHOWN ON THE PLAT (EXCEPT THE UNIT REFERRED TO IN PARCEL ONE (1) ABOVE), NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS, AS DEFINED IN, AND SUBJECT TO THE DECLARATION.

PARCEL THREE (3) LIMITED COMMON ELEMENTS:

THE EXCLUSIVE RIGHT TO USE, POSSESS AND OCCUPY THE FOLLOWING, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION:

COVERED PARKING SPACE 102.

WHICH IS DESCRIBED AS A LIMITED COMMON ELEMENTS IN SECTION 5.2 AND 5.3 OF THE DECLARATION AND WHICH IS APPURTENANT TO PARCELS ONE (1) AND TWO (2) DESCRIBED ABOVE.

TOGETHER WITH THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS, ALLOCATED TO PARCELS ONE (1) AND TWO (2) IN THE DECLARATION.

PARCEL FOUR (4) APPURTENANT EASEMENTS:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCELS ONE (1), TWO (2) AND THREE (3) ABOVE.

2. BANA, on Fannie Mae's behalf, is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded with the Clark County Recorder on August 21, 2007, as Instrument No. 20070821-0002881 (the **Deed of Trust**).

3. On July 16, 2014, Chateau recorded a Foreclosure Deed with the Clark County Recorder, as Instrument No. 20140716-0002246 (the **HOA Foreclosure Deed**), reflecting that

49942865;1

Chateau purchased the Property at a foreclosure sale of the Property held on July 11, 2014 (the **HOA Sale**).

4. Chateau has not transferred its interest and is currently the title holder of record.

5. On December 13, 2016, BANA and Fannie Mae initiated an action for quiet title and damages against Chateau and Nevada Association Services, Inc. (**NAS**) in the United States District Court, District of Nevada, Case No. 2:16-cv-02879-APG-NJK.

6. BANA, Fannie Mae and Chateau have entered into a settlement agreement in which BANA and Fannie Mae have resolved all claims against Chateau.

7. The parties have agreed as part of their settlement agreement that the Deed of Trust survived and was not extinguished in any capacity by the HOA Sale or the recording of the HOA Foreclosure Deed. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Chateau's interest in the Property is subject to the Deed of Trust. This stipulation is made for purposes of this action only and is not a waiver by any Party of its legal position in any other case or an admission of liability in this or any other action.

8. Based on this stipulation, BANA stipulates to dismissing its breach of NRS 116.1113 and wrongful foreclosure claims against Chateau and NAS, with prejudice.

This the 2nd day of June, 2020.

**AKERMAN LLP**

*/s/ Holly E. Walker, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiffs Bank of America, N.A. and Federal National Mortgage Association*

This the 2nd day of June, 2020.

**HALL, JAFFE & CLAYTON, LLP**

*/s/ Ashlie L. Surur, Esq.*
ASHLIE L. SURUR, ESQ.
Nevada Bar. No. 11290
7425 Peak Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Chateau Versailles Condominium Unit-Owners Association, Inc.*

49942865;1

# **ORDER**

Based on the above stipulation between plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendant Chateau Versailles Condominium Unit-Owners Association, Inc., the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 10550 West Alexander Road #2177, Las Vegas, Nevada 89129 (APN: 137-01-414-282) (the **Property**) on August 21, 2007, as Instrument No. 20070821-0002881, was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by Chateau on July 11, 2014, or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada on July 16, 2014, as Instrument No. 20140716-0002246, reflecting that Chateau purchased the Property at the HOA Foreclosure Sale. Chateau's interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that BANA and Fannie Mae shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED BANA's breach of NRS 116.1113 and wrongful foreclosure claims against Chateau and Nevada Association Services, Inc., are dismissed with prejudice.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

Dated: June 3, 2020.

_____
UNITED STATES DISTRICT JUDGE
2:16-cv-2879-APG-NJK          (ECF No. 28)

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

49942865;1